People of State of Illinois, Defendant in Error, v.
Ralph W. Ohneth, Plaintiff in Error.

Gen. No. 44,971.

Coghlan &
Coghlan, for plaintiff in error; John P. Coghlan, of counsel; John S.
Boyle, State's Attorney of Cook County, for defendants in error; John
T. Gallagher and Rudolph L. Janega, Assistant State's Attorneys, of
counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in
full. Opinion filed December 6, 1949; released for publication Decem-
ber 29, 1949.


Jacob Kaplan, Appellee, v. Hyman C. Kaplan et al.,
Appellants.

Gen. No. 44,786.